# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154688

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CLEMMER MARCUS MONTGOMERY,
    Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 154688
COA: 333659
Wayne CC: 92-008839-FC

On order of the Court, the application for leave to appeal the October 5, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

d0619t